FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

2010 OCT -0

U.S. BANKRUPTCY COURT
E.D. MICH. — DETROIT

In re:

Seema Malhotra
and
Askok Malhotra

Case No: 06-50148

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAINED FUNDS

The undersigned, James McIntosh Managing member of TMG Consultants, Ltd, applies to the Bankruptcy Court of the Eastern District of Michigan for entry of an order directing the Clerk of Court to remit to the applicant the sum of $4.24, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Verizon Communications, Inc.AKA Verizon North.

The applicant further states that :

1. Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this Application.
2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before the court, or that any party other than the applicant is entitled to submit an application for this claim.
3. Applicant is named in a Power of Attorney by the creditor, valid under the laws of Michigan that empowers Applicant to collect the unclaimed funds described above on behalf of creditor as attorney in of grantor as attorney in fact for the creditor. A power of Attorney is attached and made part of this application.

Respectfully submitted this 30th day of September 2010

<u>Verizon Communications, Inc.</u>
Creditor

TMG Consultants, Ltd.

By: *James McIntosh*

TMG Consultants, Ltd., attorney-in-fact
James McIntosh, Managing Member
P. O. Box 2285
Youngstown, Ohio 44504
800-875-0786 ext 235
EIN# 20-4697211

Claim Number, 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN



In re:

Seema Malhotra and Askok Malhotra            Case No: 06-50148

Chapter 7

## AFFIDAVIT OF CREDITOR

Verizon Communications, Inc., the undersigned creditor in the above referenced case declares as follows:

TMG Consultants, Ltd. P.O. box 2285 Youngstown, Ohio 44504, has been granted power of attorney by me to submit an application for payment of unclaimed funds seeking payment of a claim in the amount of $ 4.24.

1. Due and owing to Verizon Communications, Inc. as a creditor in the above referenced bankruptcy case.
2. My name, position with the company, address and telephone number is as follows:

   Andrew Murphy
   Verizon Treasury
   3900 Washington Street, 2nd Floor
   Wilmington, DE 19802
   302-761-4211

3. Creditor History: The creditor filed a claim in the above referenced case. The creditor was in business at the time of the claim, and continues to operate under the name referenced in the case. The creditor believes that it did not receive the check because it changed its mailing address between the time the claim was filed and a check was mailed.

4. Neither I nor the company I represent have received remittance for this claim nor have we contracted with any other party other than the person named above to recover these funds.

I declare under penalty of perjury that the preceding statement are true and correct to best of my knowledge

Date: 9-21-10

Verizon Communication, Inc.

By: _Andrew Murphy_
Andrew Murphy
Manager-Treasury

Tax ID# XX-XXX-9884

State of _DELAWARE_ County of _NEW CASTLE_ Date: _4-20-2012_, 2010

The above named Andrew Murphy known to me to be the individual described in (an holding the potion designated) the foregoing instrument appeared before me and acknowledged the execution thereof to be his free act and deed,

Before me _Genevieve P. Watson_
Notary Public

(Notary Seal)
GENEVIEVE P. WATSON
MY COMMISSION EXPIRES
April 20, 2012
NOTARY PUBLIC
STATE OF DELAWARE

My commission expires _4-20-2012_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Seema Malhotra  Case No: 06-50148
and
Askok Malhotra

Chapter 7

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS SO ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

Verizon Communications, Inc.. c/o TMG Consultants, Ltd. , the sum of one hundred twenty two dollars and thirty nine cents ( $4.24) of unclaimed funds held in the U.S. Treasury.

_____
United Sates Bankruptcy Judge
Dated:_____

Katherine B. Gullo, Clerk

U.S. Bankruptcy Court

By:_____
   Deputy Clerk

# LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENT,** that Verizon Communications Inc., on behalf of itself as well as its subsidiaries ("Verizon"), hereby appoints TMG Consultants, Ltd., having its principal business address at 3037 Frederick Drive, Suite 3, Youngstown, OH 44505 (Finder"), its true and lawful attorney-in-fact to seek recovery of the lost or unclaimed property in the amount of $4.24 (the "Unclaimed Property"), held by US Bankruptcy Court Eastern District of Michigan Case # 06-50148. and reported by such government entity to have been lost or unclaimed by Verizon North.

Subject to the limitations in the next following sentence, Verizon further grants Finder authority to do whatever is necessary and proper in seeking recovery of the Unclaimed Property as fully as Verizon might or could do if personally present, hereby confirming all that Finder shall so lawfully do or cause to be done. Nevertheless, Finder shall have no authority to incur any financial obligation or to make any expenditure on Verizon's behalf, nor shall Finder have any authority to convert or deposit any Unclaimed Property or endorse any check, note or other instrument on Verizon's behalf or take any action which shall be prohibited under the Asset Recovery Agreement dated 7/21/2010 pertaining to the Unclaimed Property (the "Asset Recovery Agreement").

This Limited Power of Attorney shall be deemed to be a part of the Asset Recovery Agreement and, together with the Asset Recovery Agreement, shall constitute the sole and entire agreement between Verizon and Finder with respect to the recovery of the Unclaimed Property. This Limited Power of Attorney, and Finder's authority hereunder, shall terminate automatically and become null and void under the circumstances described in the Asset Recovery Agreement.

Signed this 24 day of August, 2010.

VERIZON COMMUNICATIONS INC.

By: *[signature]*

Name: Andrew J. Murphy

Title: Manager

STATE OF DELAWARE , )
  ) ss.
COUNTY OF NEW CASTLE )

*[Notary seal: GENEVIEVE P. WATSON, MY COMMISSION EXPIRES April 20, 2012, NOTARY PUBLIC, STATE OF DELAWARE]*

On the 24 day of August, 2010, before me personally came Andrew Murphy to me known, who, being by me duly sworn did depose, and say that s/he is the Manager - Treasury Operations of Verizon, the corporation described in and which executed the foregoing instrument.

*[signature]*
Notary Public

My Commission Expires: April 20, 2012



**Holly Hess Groos**
*Senior Vice President & Treasurer*

One Verizon Way
44E224
Basking Ridge, NJ 07920

March 8, 2010

To Whom It May Concern:

Please let this letter serve as confirmation that the following individuals are employees of Verizon Communications Inc. and are authorized to submit claims on behalf of Verizon Communications Inc. and its Subsidiaries for the specific purpose of recovering unclaimed/abandoned Verizon property:

| Name | Title |
|---|---|
| John P. Corcoran | Specialist – Treasury |
| Andrew J. Murphy | Manager – Treasury |
| Elizabeth S. Duffy | Director – Treasury |
| Janet M. Garrity | Assistant Treasurer |

This confirmation will be effective for one year from the date of this letter.

Sincerely,

Holly Hess Groos
Senior Vice President and Treasurer

*[Notary seal: Genevieve P. Watson, My Commission Expires April 20, 2012, Notary Public, State of Delaware]*





**verizon**

About Us

All Verizon

Search

| Residential | Wireless | Small Business | Medium Business | Enterpri |

Search Investor
Site Map

Investor Relations \ Corporate Governance \ Corporate Officers

# Holyce E. Hess Groos

Investor Relations
Company Profile
Business Units
Corporate Governance
CEO's Message
Board of Directors
Committees and Charters
Governance Guidelines
Contact the Board
Policies
Corporate Officers
Verizon Code of Conduct
Certificate of Incorporation
Bylaws
Financial Performance
Fixed Income
Stock Information
SEC Filings
Shareowners Info
Stock Transfer Agent
Investor News
Investor Contacts
VzMail
E-mail Address
Password
Forgot your password?
Sign up for VzMail



**Holyce E. Hess Groos**
**Senior Vice President and Treasurer**
**Verizon Communications**

Holly Hess Groos is senior vice president and treasurer for Verizon. In this role, which she assumed on Oct. 12, 2009, she is responsible for corporate-wide financing activities, cash management and pension and insurance activities. She brings nearly 20 years experience in telecommunications and finance to this role.

Previously, Hess was senior vice president and chief financial officer of Verizon Business, responsible for the company's global controller, financial analysis and planning, auditing, tax, treasury, revenue assurance, business strategy and development, and contract and pricing organizations.

Before that, Hess was vice president-Finance and chief financial officer for Verizon Services. In these roles, Hess led an organization focused on improving customer service, driving efficiencies and reducing operating costs across all of Verizon's business units. She was responsible for finance operations and customer financial services as well as overall financial support for Verizon Services. Hess was appointed to these roles in October 2005.

In addition, Hess was vice president-Finance for Verizon Wireless' Northeast Area. She had responsibility for financial planning and analysis, revenue assurance, inventory, compliance, and customer financial services. In addition, Hess oversaw financial operations in the area's five regions (New England, Upstate New York, New York, Philadelphia and Washington/Baltimore/Virginia). Hess was appointed to this role in April 2000.

Prior to this, Hess worked as executive director-Finance for Bell Atlantic Mobile's New York metro region. Earlier she served as director-Financial Planning and director-Mergers and Acquisitions at NYNEX Corporation.

Hess began her telecommunications career in 1990 as a controller for NYNEX Computer Services. Hess has also worked as a senior auditor at Price Waterhouse and Deloitte and Touche.

She holds a bachelor's degree in accounting from the Miami University of Ohio and is a certified public accountant.

October 2009

Jun 03, 201
NYSE: VZ 2

VZ Financi:
Express

Verizon Rep
Growth in C
Solid FiOS,
Customers

Review 1Q
› Earnings V
› Presentati
(PDF, 261
› Quarterly
(PDF, 1 M
› Supplemer
(Excel, 92
› Non-GAAF
(Excel, 63
› 2008-1Q 2
(pre-Alltel)
(Excel, 1.8
› Historical
Financials
acquisition
(Excel, 79

Site Tools
Includes the
Glossary an
tools you'll n
investor doc

Quicklinks:

Contact Us  Careers  Our Stores  Site Map  Privacy Policy
Terms and Conditions  © 2010 Verizon



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN



In re:

Seema Malhotra
and
Askok Malhotra

Case No: 06-50148

Chapter 7

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the 30th day of September 2010 a, copy of the Application for payment From Unclaimed Funds by Verizon Communications, Inc., was served on the United States Attorney for the Eastern district of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn: Elizabeth L. Larin, Civil Division Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48708-3211

Dated: 9-30-2010

By: James McIntosh
TMG Consultants, Ltd., attorney-in-fact
James McIntosh, Managing Member
P. O. Box 2285
Youngstown, Ohio 44504
800-875-0786 ext 235